No. 187, Misc.  JOSEPH v. LANE, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 188, Misc.  WOODS v. LOWERY.  C. A. 5th Cir. Certiorari denied.  *Lomax B. Lamb, Jr.* and *William H. Maynard* for petitioner.  *John R. Stivers* for respondent.

No. 189, Misc.  McGEE v. ARIZONA.  Supreme Court of Arizona.  Certiorari denied.  Petitioner *pro se.  Robert W. Pickrell,* Attorney General of Arizona, and *Kenneth G. Flickinger, Jr.,* Assistant Attorney General, for respondent.

No. 191, Misc.  HARRELSON v. NORTH CAROLINA. Supreme Court of North Carolina.  Certiorari denied.

No. 196, Misc.  RUDOLPH v. WARDEN, MARYLAND PENITENTIARY.  Circuit Court of Baltimore County, Maryland.  Certiorari denied.

No. 198, Misc.  WILLIAMS v. EMPLOYERS LIABILITY ASSURANCE Co.  C. A. 5th Cir.  Certiorari denied.  *John W. Bryan, Jr.* for petitioner.

No. 199, Misc.  GILBERT v. ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 203, Misc.  O'CONNOR v. UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  Petitioner *pro se.  Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.